IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY BURTON, | No. 4:22-CV-00820 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 14th day of September 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 4) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's complaint (Doc. 1-1) is **DISMISSED** for failure to state a claim upon which relief may be granted, as follows:

   a. Plaintiff's Section 1983 claims are **DISMISSED** with prejudice.

   b. Plaintiff's state-law tort claims are **DISMISSED** without prejudice as barred by state statutory sovereign immunity, and thus leave to amend is denied.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge